# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

FLORIDA GAS TRANSMISSION COMPANY, LLC
Plaintiff

v.

8.22 ACRES, MORE OR LESS, SITUATED IN IBERVILLE PARISH, LOUISIANA, MURRELL FAMILY L.L.C, AND FOREST HOME PLANTATION, L.L.C
Defendant

24-cv-122
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,
FLORIDA GAS TRANSMISSION COMPANY, LLC

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

Florida Gas Transmission Company, LLC represents that it is a limited liability company and its sole member is Citrus, LLC.  Citrus, LLC's two members are subsidiaries of Energy Transfer, L.P. and Kinder Morgan, Inc.  Both Energy Transfer, L.P. and Kinder Morgan, Inc. are publicly traded companies.  No other publicly traded company owns 10% or more of Florida Gas Transmission Company, LLC.

Cheryl M. Kornick (Bar# 19652)
Attorney Name and Bar Number

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.