# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **FLORIDA GAS TRANSMISSION COMPANY, LLC** | **CIVIL ACTION NO.: 3:22-cv-00122-BAJ-RLB** |
| V. | **JUDGE: BRIAN A. JACKSON** |
| **8.22 ACRES, MORE OR LESS, SITUATED IN IBERVILLE PARISH, LOUISIANA, MURRELL FAMILY L.L.C, AND FOREST HOME PLANTATION, L.L.C** | **MAGISTRATE JUDGE: RICHARD L. BOURGEOIS, JR.** |

## FLORIDA GAS TRANSMISSION COMPANY, LLC'S MOTION TO CONFIRM CONDEMNATION OF SERVITUDES AND FOR PRELIMINARY INJUNCTION

NOW INTO COURT, through undersigned counsel, comes Florida Gas Transmission Company, LLC ("Florida Gas") to submit this Motion to Confirm Condemnation of Servitudes and Preliminary Injunction. Pursuant to a blanket Certificate of Public Convenience and Necessity issued by the Federal Energy Regulatory Commission and the Natural Gas Act, Florida Gas has the legal right to condemn the property interests at issue to construct and use surface site facilities and an access road on the Defendants' Properties. Because these routine activities are necessary to continue to supply natural gas to customers, any delay in obtaining immediate access to the property at issue will result in irreparable harm to Florida Gas and the public at large. Accordingly, as explained in the accompanying memorandum, a preliminary injunction authorizing immediate entry is warranted and Florida Gas respectfully requests that the Court invoke its equitable power to enter an order (a) confirming Florida Gas' right to condemn the servitudes sought, and (b) granting Florida Gas immediate possession of the servitudes to begin work on the pipeline facilities and access road at issue.

Respectfully submitted,

*/s/ Matthew D. Simone*
Cheryl M. Kornick (Bar #19652)
Matthew D. Simone (Bar# 32690)
Zachary D. Berryman (Bar# 40278)
**LISKOW & LEWIS**
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone:  504-581-7979
Facsimile:  504-556-4108
Email: cmkornick@liskow.com
         mdsimone@liskow.com
         zberryman@liskow.com

***Attorneys for Florida Gas Transmission Company, LLC***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 19, 2024 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

*/s/ Matthew D. Simone*