UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **FLORIDA GAS TRANSMISSION COMPANY, LLC** | **CIVIL ACTION NO.: 3:24-cv-00122-BAJ-RLB** |
| V. | **JUDGE: BRIAN A. JACKSON** |
| **8.22 ACRES, MORE OR LESS, SITUATED IN IBERVILLE PARISH, LOUISIANA, MURRELL FAMILY L.L.C, AND FOREST HOME PLANTATION, L.L.C** | **MAGISTRATE JUDGE: RICHARD L. BOURGEOIS, JR.** |

**FLORIDA GAS TRANSMISSION COMPANY, LLC'S EX PARTE MOTION TO SUPPLEMENT COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Florida Gas Transmission Company, LLC ("Florida Gas Transmission Co."), who respectfully requests this Court for leave to supplement Plaintiff's Complaint with the exhibits attached herein. When filing its Complaint, Plaintiff omitted to include the referenced exhibits and now prays that this Court grant this Motion to supplement the Complaint.

Respectfully submitted,

*/s/ Zachary D. Berryman*
Cheryl M. Kornick (Bar #19652)
Matthew D. Simone (Bar# 32690)
Zachary D. Berryman (Bar# 40278)
**LISKOW & LEWIS**
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone:  504-581-7979
Facsimile:  504-556-4108
Email: cmkornick@liskow.com
          mdsimone@liskow.com
          zberryman@liskow.com

*__Attorneys for Florida Gas Transmission Company, LLC__*

-2-

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 20, 2024 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

*/s/ Zachary D. Berryman*