UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **FLORIDA GAS TRANSMISSION COMPANY, LLC**<br><br>V.<br><br>**8.22 ACRES, MORE OR LESS, SITUATED IN IBERVILLE PARISH, LOUISIANA, MURRELL FAMILY L.L.C, AND FOREST HOME PLANTATION, L.L.C** | **CIVIL ACTION NO.: 3:24-cv-00122-BAJ-RLB**<br><br>**JUDGE: BRIAN A. JACKSON**<br><br>**MAGISTRATE JUDGE: RICHARD L. BOURGEOIS, JR.** |

### FLORIDA GAS TRANSMISSION COMPANY, LLC'S EXHIBIT LIST TO ITS *EX PARTE* MOTION TO SUPPLEMENT COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Plaintiff Florida Gas Transmission Company, LLC ("Florida Gas Transmission Co."), who respectfully submits the following Exhibit List for it its *Ex Parte* Motion to Supplement Complaint (Rec. Doc. 6):

1. Exhibit A - Description of Properties;
2. Exhibit B – Description of Owners;
3. Exhibit C – Forest Home Plantation Launcher Site;
4. Exhibit D - Forest Home Plantation Access Servitude;
5. Exhibit E – Murrell Access Servitude;
6. Exhibit F - Forest Home Plantation Additional Access Servitude;
7. Exhibit G – FERC Certificate of Public Convenience

WHEREFORE, Plaintiff prays that this pleading be deemed good and sufficient as to correct the deficiency at Rec. Doc. 8.

Respectfully submitted,

*/s/ Zachary D. Berryman*
Cheryl M. Kornick (Bar #19652)
Matthew D. Simone (Bar# 32690)
Zachary D. Berryman (Bar# 40278)
**LISKOW & LEWIS**
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone: 504-581-7979
Facsimile: 504-556-4108
Email: cmkornick@liskow.com
          mdsimone@liskow.com
          zberryman@liskow.com

***Attorneys for Florida Gas Transmission Company, LLC***

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 21, 2024 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

*/s/ Zachary D. Berryman*

#6274067v1