UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **FLORIDA GAS TRANSMISSION COMPANY, LLC** | **CIVIL ACTION NO.: 3:24-cv-00122-BAJ-RLB** |
| V. | **JUDGE: BRIAN A. JACKSON** |
| **8.22 ACRES, MORE OR LESS, SITUATED IN IBERVILLE PARISH, LOUISIANA, MURRELL FAMILY L.L.C, AND FOREST HOME PLANTATION, L.L.C** | **MAGISTRATE JUDGE: RICHARD L. BOURGEOIS, JR.** |

**FLORIDA GAS TRANSMISSION COMPANY, LLC'S EXHIBIT LIST
TO ITS MOTION TO CONFIRM CONDEMNATION OF SERVITUDES
AND FOR PRELIMINARY INJUNCTION**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Florida Gas Transmission Company, LLC ("Florida Gas Transmission Co."), who respectfully submits the following Exhibit List for it its Motion to Confirm Condemnation of Servitudes and for Preliminary Injunction (Rec. Doc. 3):

1. Exhibit A - F.E.R.C. Certificate of Public Convenience;

2. Exhibit B - *In globo* exhibit of property burdened by Servitudes.

WHEREFORE, Plaintiff prays that this pleading be deemed good and sufficient as to correct the deficiency at Rec. Doc. 5.

Respectfully submitted,

*/s/ Zachary D. Berryman*
Cheryl M. Kornick (Bar #19652)
Matthew D. Simone (Bar# 32690)
Zachary D. Berryman (Bar# 40278)
**LISKOW & LEWIS**
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone:  504-581-7979
Facsimile:  504-556-4108
Email: cmkornick@liskow.com
            mdsimone@liskow.com
            zberryman@liskow.com

***Attorneys for Florida Gas Transmission Company, LLC***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 21, 2024 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

*/s/ Zachary D. Berryman*