UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **FLORIDA GAS TRANSMISSION COMPANY, LLC** | **CIVIL ACTION NO.: 3:24-cv-00122-BAJ-RLB** |
| V. | **JUDGE: BRIAN A. JACKSON** |
| **8.22 ACRES, MORE OR LESS, SITUATED IN IBERVILLE PARISH, LOUISIANA, MURRELL FAMILY L.L.C, AND FOREST HOME PLANTATION, L.L.C** | **MAGISTRATE JUDGE: RICHARD L. BOURGEOIS, JR.** |

## CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT comes Florida Gas Transmission Company, LLC, through undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1, files this Corporate Disclosure Statement.

Florida Gas Transmission Company, LLC represents that it is a limited liability company and its sole member is Citrus, LLC. Citrus, LLC's two members are subsidiaries of Energy Transfer, L.P. and Kinder Morgan, Inc. Both Energy Transfer, L.P. and Kinder Morgan, Inc. are publicly traded companies. No other publicly traded company owns 10% or more of Florida Gas Transmission Company, LLC.

Respectfully submitted,

*/s/ Matthew D. Simone*
Cheryl M. Kornick (Bar #19652)
Matthew D. Simone (Bar# 32690)
Zachary D. Berryman (Bar# 40278)
**LISKOW & LEWIS**
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone:  504-581-7979
Facsimile:  504-556-4108
Email: cmkornick@liskow.com
           mdsimone@liskow.com
           zberryman@liskow.com

***Attorneys for Florida Gas Transmission Company, LLC***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 21, 2024 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

*/s/ Matthew D. Simone*