UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **FLORIDA GAS TRANSMISSION COMPANY, LLC** | **CIVIL ACTION NO.: 3:24-cv-00122-BAJ-RLB** |
| V. | **JUDGE: BRIAN A. JACKSON** |
| **8.22 ACRES, MORE OR LESS, SITUATED IN IBERVILLE PARISH, LOUISIANA, MURRELL FAMILY L.L.C, AND FOREST HOME PLANTATION, L.L.C** | **MAGISTRATE JUDGE: RICHARD L. BOURGEOIS, JR.** |

## NOTICE OF CONDEMNATION

TO:

Forest Home Plantation, LLC
c/o George Murrell
9018 Jefferson Hwy., Ste. A
Baton Rouge, LA 70809

Murrell Family, LLC
9018 Jefferson Hwy.
Baton Rouge, LA 70809

1.

A complaint for condemnation has been filed in the United States District Court for the Middle District of Louisiana to take property for use for the continued safe operation of Florida Gas' existing 14-inch pipeline. The interests to be taken are: (1) a perpetual, exclusive servitude for the construction, maintenance, operation, and use of a pipeline surface site facility; and (2) a perpetual, non-exclusive servitude for the construction, maintenance, operation, and use of an access road to the area encumbered by the proposed Surface Site Servitude. The court is located at the Russel B. Long Federal Building and United States Courthouse at 777 Florida St., Ste. 139,

Baton Rouge, Louisiana 70801.

2.

The property to be taken is located on the following tracts described herein as:

### Property 1

**Legal Description:**

That certain tract or parcel of land, containing 1,452 acres, more or less, being a portion of the Forest Home Plantation, situated and composed of Sections 69, 70, 71, Lots 2, 3, and 4 of Section 96, and all of Section 91, Township 10 South, Range 12 East, Iberville Parish, Louisiana;

AND

That certain tract of land, containing 969.91 acres, more or less, being a portion of the Forest Home Plantation, being composed of Sections 72, 73, 74, and the south 100 acres of Section 75, Lot 1 of Section 96, Township 10 South, Range 12 East, and Section 2, Township 11 South, Range 12 East, Iberville Parish, Louisiana, being further described in that Act of Exchange by Louise Allen Armstrong, et al to Forest Home Partnership, recorded at Cb383/Entry144, and filed on 3/31/1985 in the records of Iberville Parish, Louisiana.

### Property 2

**Legal Description:**

That certain tract or parcel of land, situated in the Parish of Iberville, State of Louisiana, known as Augusta Plantation, being composed of Sections 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 85, 90, and Sections 76, 77, 80, 81, 103, and the norther portion of Section 75, all in Township 10 South, Range 12 East, being further described in that Exchange of Properties by George Michael Murrell, Jr., et al, to Murrell Plantations Company, recorded at Cb452/Entry203, and filed on 6/19/1992 in the records of Iberville Parish, Louisiana.

3.

The authority for taking this property is the Natural Gas Act, 15 U.S.C. § 717 *et seq*. and specifically, 15 U.S.C. § 717f(h).

4.

If you want to object or present any defense to the taking you must serve an answer on the Plaintiff's attorney within 21 days after being served with this notice or from the date of the last publication of this notice. Send your answer to this address:

Matthew Simone
c/o Liskow & Lewis
450 Laurel Street, Ste. 1601
Baton Rouge, Louisiana 70801
Telephone:  225-341-4660
Facsimile:  225-341-5653

5.

Your answer must identify the property in which you claim an interest, state the nature and extent of that interest, and state all your objections and defenses to the taking. Objections and defenses not presented are waived.

6.

If you fail to answer, you consent to the taking, and the court will enter a judgment that takes your described property interest.

7.

Instead of answering, you may serve on the Plaintiff's attorney a notice of appearance that designates the property in which you claim an interest. After you do that, you will receive a notice of any proceedings that affect you. Whether or not you have previously appeared or answered, you may present evidence at a trial to determine compensation for the property and share in the overall award.

        Respectfully submitted,

        */s/ Matthew D. Simone*
        Cheryl M. Kornick (Bar #19652)
        Matthew D. Simone (Bar# 32690)
        Zachary D. Berryman (Bar# 40278)
        **LISKOW & LEWIS**
        701 Poydras Street, Suite 5000
        New Orleans, Louisiana 70139
        Telephone:  504-581-7979
        Facsimile:  504-556-4108
        Email: cmkornick@liskow.com
              mdsimone@liskow.com
              zberryman@liskow.com

        ***Attorneys for Florida Gas Transmission Company, LLC***

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the above and foregoing motion has been served upon all counsel of record below by e-filing notice, by placing same in United Sates mail, properly addressed and postage prepaid, and/or by electronic mail this 22nd day of February, 2024.

        */s/ Matthew D. Simone*

4