UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| FLORIDA GAS TRANSMISSION COMPANY, LLC | CIVIL ACTION |
| VERSUS | |
| 8.22 ACRES, MORE OR LESS, SITUATED IN IBERVILLE PARISH, LOUISIANA, ET AL. | NO. 24-00122-BAJ-RLB |

## AMENDED SCHEDULING ORDER

As discussed at the February 24, 2024 Telephone Status Conference,

**IT IS ORDERED** that the following Scheduling Order (Doc. 9) shall govern the parties' briefing of this matter:

1. Deadline for Defendants to respond to Plaintiff's Motion to Confirm Condemnation of Servitudes and for Preliminary Injunction (Doc. 3): **March 11, 2024**.

    a. Deadline for Plaintiff to file responsive briefing, if necessary: **April 1, 2024**.

2. Deadline for Defendants to respond to Plaintiff's Notice of Condemnation (Doc. 12): **March 14, 2024**.

    a. Deadline for Plaintiff to file responsive briefing, if necessary: **March 28, 2024**.

3. Hearing on Plaintiff's Motion (Doc. 3): **May 15, 2024, at 9:30 A.M. in Courtroom 2**.

The deadlines set forth in this Order shall not be modified except by leave of court upon a showing of good cause. Joint, agreed, or unopposed motions to extend scheduling order deadlines will not be granted automatically. All motions to extend scheduling order deadlines must be supported by facts sufficient to find good cause as required by Federal Rule of Civil Procedure 16. Further, a motion to extend any deadline set by this Order must be filed before its expiration.

The parties may contact the Chambers of the Hon. Richard L. Bourgeois, U.S. Magistrate Judge, at (225) 389-3602 should they wish to schedule a settlement conference.

Baton Rouge, Louisiana, this 23rd day of February, 2024

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**