AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

FLORIDA GAS TRANSMISSION COMPANY, LLC )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 24-cv-122 -BAJ-RLB
8.22 ACRES, MORE OR LESS, SITUATED IN )
IBERVILLE PARISH, LOUISIANA, MURRELL )
FAMILY L.L.C, AND FOREST HOME PLANTATION, )
L.L.C )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Forest Home Plantation, L.L.C.
c/o George Murrell
9018 Jefferson Hwy., Ste. A
Baton Rouge, LA 70809

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew Simone
c/o Liskow & Lewis
450 Laurel Street, St. 1601
Baton Rouge, Louisiana 70801
Telephone: 225-341-4660
Facsimile: 225-341-5653

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Michael L. McConnell
*CLERK OF COURT*

Date: February 20, 2024

Elisa Clement

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 24-cv-122

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Forest Home Plantation, L.L.C.
was received by me on *(date)* February 29, 2024 .

☒ I personally served the summons on the individual at *(place)* 9018 Jefferson Highway, Suite A
Baton Rouge, LA 70809 on *(date)* March 1, 2024 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: March 1, 2024

*Server's signature*

Roy P. Chauvin, Jr., Paralegal
*Printed name and title*

701 Poydras St., Ste. 5000, New Orleans, LA 70139
*Server's address*

Additional information regarding attempted service, etc: