**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **FLORIDA GAS TRANSMISSION COMPANY, LLC,** § § | **CIVIL ACTION** |
| Plaintiff, § § | **NO.: 3:24-CV-00122-BAJ-RLB** |
| v. § § | **JUDGE BRIAN A. JACKSON** |
| **8.22 ACRES, MORE OR LESS, SITUATED IN IBERVILLE PARISH, LOUISIANA, MURRELL FAMILY, L.L.C., AND FOREST HOME PLANTATION, L.L.C.** § § § § § § | **MAG. RICHARD L. BOURGEOIS, JR.** |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION**
**TO CONFIRM CONDENATION OF SERVITUDES**
**AND FOR PRELIMINARY INJUNCTION**

Defendants, 8.22 acres, more or less, situated in Iberville Parish, Louisiana, Murrell Family, L.L.C., and Forest Home Plantation, L.L.C. (collectively, "Defendants"), respectfully file this *Response* to Plaintiff, Florida Gas Transmission Company, LLC's ("Plaintiff") *Motion to Confirm Condemnation of Servitudes and for Preliminary Injunction* (the "Motion"), and respectfully would show the Court as follows:

1. Defendants represent that they are in active settlement discussions with Plaintiff to resolve this matter and believe the Parties will complete their settlement discussions prior to the hearing on the Motion, which is currently set for May 15, 2024. Out of an abundance of caution, however, Defendants file this Response to Plaintiff's Motion, reserving all rights.

2. Defendants are the owners of the immovable property upon which Plaintiff seeks to acquire the servitudes referenced in its Motion.

3. Defendants do not oppose or contest Plaintiff's right to condemn the property interests prayed for in its Motion.

1

4.      Defendants also do not oppose and will consent to Plaintiff's request for possession of and access to the servitudes sought in the Motion. As the Court will recall, during the Parties' February 22, 2024 telephone conference, Plaintiff represented that it did not need "immediate" possession of the servitudes it seeks to acquire and that there was no "immediate" need to access the property for at least sixty (60) days. Plaintiff has thus admitted that there is no need for "immediate" possession of the property in question.

5.      Plaintiff also will not suffer irreparable injury if the preliminary injunction is denied. This is because Defendants will grant Plaintiff the property rights it requests in the Motion, subject to the execution of a mutually agreeable (i) Road Use Servitude Agreement and (ii) Surface Site Servitude Agreement, which the Parties are currently negotiating. Since Defendants are willing to grant Plaintiff the property rights it seeks to acquire, Plaintiff's request for a preliminary injunction is moot.

6.      Finally, Plaintiff and Defendants have reached an agreement on the compensation due to Defendants for the taking of their property rights. However, in the event Plaintiff and Defendants are unable to amicably conclude their settlement negotiations, then Defendants reserve their right to contest the amount of just compensation due Defendants, which they are entitled to receive under the United States Constitution and the Constitution of the State of Louisiana.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Defendants, 8.22 acres, more or less, situated in Iberville Parish, Louisiana, Murrell Family, L.L.C., and Forest Home Plantation, L.L.C., respectfully prays that the Court deny Plaintiff's *Motion to Confirm Condemnation of Servitudes and for Preliminary Injunction* as moot, at Plaintiff's sole cost and expense, award

Defendants all fees and costs of court, and for all other and further relief, at law or in equity, to which Defendants are entitled.

New Orleans, Louisiana this 11th day of March, 2024.

Respectfully submitted,

*/s/ Brandon T. Darden*
M. Taylor Darden (La. Bar # 4546)
Brandon T. Darden, T.A. (La. Bar # 37089)
Elizabeth C. Griffin (La. Bar # 40569)
**CARVER, DARDEN, KORETZKY, TESSIER, FINN, BLOSSMAN & AREAUX, L.L.C.**
1100 Poydras Street, Suite 3100
New Orleans, Louisiana 70163
Telephone:    (504) 585-3800
Facsimile:    (504) 585-3801
Email: darden@carverdarden.com
         bdarden@carverdarden.com
         griffin@carverdarden.com

**ATTORNEYS FOR DEFENDANTS, 8.22 ACRES, MORE OR LESS, SITUATED IN IBERVILLE PARISH, LOUISIANA, MURRELL FAMILY, L.L.C., AND FOREST HOME PLANTATION, L.L.C.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 11, 2024, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

*/s/ Brandon T. Darden*
Brandon T. Darden

4884-9708-0492, v. 1