# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

Florida Gas Transmission Company, LLC
Plaintiff

v.

8.22 acres, more or less, situated in Iberville Parish, Louisiana, Murrell Family, L.L.C., and Forest Home Plantation, L.L.C.
Defendant

3:24-cv-00122-BAJ-RLB
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,

Defendants, 8.22 acres, more or less, situated in Iberville Parish, Louisiana, Murrell Family, L.L.C., and Forest Home Plantation, L.L.C.

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

The following are financially interested in the outcome of this case:

1. Florida Gas Transmission Company, LLC, a Delaware limited liability company.
2. Murrell Family, L.L.C., a Louisiana limited liability company.
3. Forest Home Plantation, L.L.C., a Louisiana limited liability company.

Brandon T. Darden (La. Bar # 37089)
Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.