**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **FLORIDA GAS TRANSMISSION COMPANY, LLC,** | § § | **CIVIL ACTION** |
| **Plaintiff,** | § | **NO.: 3:24-CV-00122-BAJ-RLB** |
| | § | |
| **v.** | § | **JUDGE BRIAN A. JACKSON** |
| | § | |
| **8.22 ACRES, MORE OR LESS,** | § | **MAG. RICHARD L. BOURGEOIS, JR.** |
| **SITUATED IN IBERVILLE PARISH,** | § | |
| **LOUISIANA, MURRELL FAMILY,** | § | |
| **L.L.C., AND FOREST HOME** | § | |
| **PLANTATION, L.L.C.** | § | |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE OF CONDEMNATION

Defendants, 8.22 acres, more or less, situated in Iberville Parish, Louisiana, Murrell Family, L.L.C. ("Murrell Family"), and Forest Home Plantation, L.L.C. ("Forest Home") (collectively, "Defendants"), respectfully file this *Response* to Plaintiff, Florida Gas Transmission Company, LLC's ("Plaintiff") *Notice of Condemnation* [Rec. Doc. 12] (the "Notice"), and respectfully would show the Court as follows:

1.      Plaintiff served Defendants with its *Original Complaint in Condemnation* (the "Complaint") [Rec. Doc. 1] and the Notice on March 1, 2024.  *See* Rec. Doc. 16 (Return for Forest Home), Rec. Doc. 17 (Return for Murrell Family), Rec. Doc. 18 (Affidavit of Service). Pursuant to Fed. R. Civ. P. 12, Defendants' Answer to the Complaint is due on or before March 22, 2024.

2.      As required by the Court's February 23, 2024 Amended Scheduling Order [Rec. Doc. 14], Defendants file this Response to the Notice, reserving all rights.

3.      Defendants are the owners of the immovable property upon which Plaintiff seeks to acquire the servitudes referenced in the Notice. *See* Rec. Doc. 12 at ¶ 1, 2. Forest Home owns 100% of "Property 1" and Murrell Family owns 100% of "Property 2". *Id.*

1

4.      Defendants do not oppose or contest Plaintiff's right to condemn the servitudes referenced in the Notice. *See* Rec. Doc. 12 at ¶ 1.

5.      Defendants represent that they are in active settlement discussions with Plaintiff to resolve this matter and believe the Parties will complete their settlement discussions prior to the hearing on Plaintiff's Motion to Confirm Condemnation of Servitudes and for Preliminary Injunction [Rec. Doc. 3], which is currently set for May 15, 2024.

6.      Plaintiff and Defendants have also reached an agreement on the compensation due to Defendants for the taking of their property rights.  However, in the event Plaintiff and Defendants are unable to amicably conclude their settlement negotiations, then Defendants reserve their rights to contest the amount of just compensation due Defendants, which they are entitled to receive under the United States Constitution and the Constitution of the State of Louisiana.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendants, 8.22 acres, more or less, situated in Iberville Parish, Louisiana, Murrell Family, L.L.C., and Forest Home Plantation, L.L.C., respectfully prays that the Court deem this Response to be good and sufficient, dismiss as moot Plaintiff's *Notice of Condemnation* at Plaintiff's sole cost and expense, award Defendants all fees and costs of court, and for all other and further relief, at law or in equity, to which Defendants are entitled.

New Orleans, Louisiana this 14th day of March, 2024.

Respectfully submitted,

/s/ Brandon T. Darden
M. Taylor Darden (La. Bar # 4546)
Brandon T. Darden, T.A. (La. Bar # 37089)
Elizabeth C. Griffin (La. Bar # 40569)
**CARVER, DARDEN, KORETZKY, TESSIER,**
  **FINN, BLOSSMAN & AREAUX, L.L.C.**
1100 Poydras Street, Suite 3100
New Orleans, Louisiana 70163
Telephone:    (504) 585-3800
Facsimile:    (504) 585-3801
Email: darden@carverdarden.com
          bdarden@carverdarden.com
          griffin@carverdarden.com

**ATTORNEYS FOR DEFENDANTS, 8.22 ACRES, MORE OR LESS, SITUATED IN IBERVILLE PARISH, LOUISIANA, MURRELL FAMILY, L.L.C., AND FOREST HOME PLANTATION, L.L.C.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 14, 2024, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

/s/ Brandon T. Darden
            Brandon T. Darden

3