## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FLORIDA GAS TRANSMISSION COMPANY, LLC,** § § | **CIVIL ACTION** | |
| Plaintiff, § § | **NO.: 3:24-CV-00122-BAJ-RLB** | |
| v. § § | **JUDGE BRIAN A. JACKSON** | |
| **8.22 ACRES, MORE OR LESS, SITUATED IN IBERVILLE PARISH, LOUISIANA, MURRELL FAMILY, L.L.C., AND FOREST HOME PLANTATION, L.L.C.** § § § § § § | **MAG. RICHARD L. BOURGEOIS, JR.** | |

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(a), Defendants, 8.22 acres, more or less, situated in Iberville Parish, Louisiana, Murrell Family, L.L.C., and Forest Home Plantation, L.L.C. (collectively, "Defendants"), respectfully move this Court for an unopposed Order extending for twenty-one (21) days, or until **Friday, April 12, 2024**, the time within which Defendants must answer or file responsible pleadings to the *Original Complaint in Condemnation* [Rec. Doc. 1] (the "Complaint") of Plaintiff, Florida Gas Transmission Company, LLC ("Plaintiff").

1. Plaintiff served Defendants with the Complaint on March 1, 2024. *See* Rec. Doc. 16 (Return for Forest Home), Rec. Doc. 17 (Return for Murrell Family), Rec. Doc. 18 (Affidavit of Service). Pursuant to FED. R. CIV. P. 71.1(e)(2), Defendants' Answer to the Complaint is due on or before Friday, March 22, 2024.

2. Defendants represent that they are actively working with Plaintiff to resolve this matter, and Defendants believe the Parties will complete their settlement negotiations prior to the hearing on Plaintiff's *Motion to Confirm Condemnation of Servitudes and for Preliminary Injunction* [Rec. Doc. 3], which is currently set for May 15, 2024.

3. Out of an abundance of caution, however, Defendants respectfully request a twenty-one (21) day extension of time pursuant to Local Rule 7(a) until Friday, April 12, 2024, in which to submit Defendants' Answer to the Complaint, if necessary.

4. Defendants certify that this is their first request for an extension of time to plead in this case, and that Plaintiff has not filed into the record an objection to an extension of time.

5. The undersigned conferred with counsel for Plaintiff, who indicated that his client does not oppose the relief requested in this Motion.

## PRAYER

**WHEREFORE**, Defendants, 8.22 acres, more or less, situated in Iberville Parish, Louisiana, Murrell Family, L.L.C., and Forest Home Plantation, L.L.C., respectfully request an Order granting Defendants a twenty-one (21) day extension of time, until **Friday, April 12, 2024**, to file pleadings responsive to the *Complaint* filed by Plaintiff in this matter.

New Orleans, Louisiana this 22nd day of March, 2024.

Respectfully submitted,

*/s/ Brandon T. Darden*
M. Taylor Darden (La. Bar # 4546)
Brandon T. Darden, T.A. (La. Bar # 37089)
Elizabeth C. Griffin (La. Bar # 40569)
**CARVER, DARDEN, KORETZKY, TESSIER, FINN, BLOSSMAN & AREAUX, L.L.C.**
1100 Poydras Street, Suite 3100
New Orleans, Louisiana 70163
Telephone:   (504) 585-3800
Facsimile:    (504) 585-3801
Email: darden@carverdarden.com
         bdarden@carverdarden.com
         griffin@carverdarden.com

**ATTORNEYS FOR DEFENDANTS, 8.22 ACRES, MORE OR LESS, SITUATED IN IBERVILLE PARISH, LOUISIANA, MURRELL FAMILY, L.L.C., AND FOREST HOME PLANTATION, L.L.C.**

3

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on March 22, 2024, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

                                                 */s/ Brandon T. Darden*
                                                 Brandon T. Darden