UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **FLORIDA GAS TRANSMISSION COMPANY, LLC** | **CIVIL ACTION NO.: 3:24-cv-00122-BAJ-RLB** |
| V. | **JUDGE: BRIAN A. JACKSON** |
| **8.22 ACRES, MORE OR LESS, SITUATED IN IBERVILLE PARISH, LOUISIANA, MURRELL FAMILY L.L.C, AND FOREST HOME PLANTATION, L.L.C** | **MAGISTRATE JUDGE: RICHARD L. BOURGEOIS, JR.** |

### JOINT NOTICE OF SETTLEMENT WITH MOTION FOR 60 DAY DISMISSAL ORDER

NOW INTO COURT, through undersigned counsel, comes Plaintiff Florida Gas Transmission Company, LLC ("Florida Gas"), and Defendants 8.22 acres, more or less, situated in Iberville Parish, Louisiana, Murrell Family L.L.C., and Forest Home Plantation, L.L.C., who hereby jointly notify the Court pursuant to Local Rule 16(C), that all parties have reached settlement of all claims and causes of action. As such, the Parties respectfully request that the Court enter a conditional order of dismissal allowing the Parties sixty (60) days to finalize the settlement and seek relief should settlement not be consummated, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

*/s/ Matthew D. Simone*
Cheryl M. Kornick (Bar# 19652)
Matthew D. Simone (Bar# 32690)
Zachary D. Berryman (Bar# 40278)
**LISKOW & LEWIS**
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone:  504-581-7979
Facsimile:  504-556-4108
Email: cmkornick@liskow.com
            mdsimone@liskow.com
            zberryman@liskow.com

***Attorneys for Florida Gas Transmission Company, LLC***

**AND**

*/s/ M. Taylor Darden*
M. Taylor Darden (La. Bar # 4546)
Brandon T. Darden, T.A. (La. Bar # 37089)
Elizabeth C. Griffin (La. Bar # 40569)
Carver, Darden, Koretzky, Tessier,
Finn, Blossman & Areaux, L.L.C.
1100 Poydras Street, Suite 3100
New Orleans, Louisiana 70163
Telephone:     (504) 585-3800
Facsimile:     (504) 585-3801
Email: darden@carverdarden.com
            bdarden@carverdarden.com
            griffin@carverdarden.com

**ATTORNEYS FOR DEFENDANTS, 8.22 ACRES, MORE OR LESS, SITUATED IN IBERVILLE PARISH, LOUISIANA, MURRELL FAMILY, L.L.C., AND FOREST HOME PLANTATION, L.L.C.**

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the above and foregoing motion has been served upon all counsel of record below by e-filing notice, by placing same in United Sates mail, properly addressed and postage prepaid, and/or by electronic mail this 11th day of April, 2024.

                                                          */s/ Matthew D. Simone*