UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FLORIDA GAS TRANSMISSION
COMPANY, LLC

CIVIL ACTION

VERSUS

8.22 ACRES, MORE OR LESS,
SITUATED IN IBERVILLE PARISH,
LOUISIANA, ET AL.

NO. 24-00122-BAJ-RLB

<u>ORDER</u>

Considering the **Joint Notice Of Settlement With Motion For 60 Day Dismissal Order (Doc. 27)**, which reflects that the parties have reached a compromise and settlement of all claims in this matter, and requests a 60-day conditional order of dismissal,

**IT IS ORDERED** that this action be and is hereby **DISMISSED**, without costs and without prejudice to the right, upon good cause shown, within 60 days, to reopen the action if the settlement is not perfected.

**IT IS FURTHER ORDERED** that upon perfection of settlement, the parties shall immediately file a joint stipulation of dismissal consistent with the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii).

Baton Rouge, Louisiana, this 16th day of April, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA